# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHWARTZ, HEIDI C | § | Case No. 12-19290 DRC |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    JEFFREY P. ALLSTEADT
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/12/2015 in Courtroom 241,

    Kane County Courthouse
    100 S. Third Street
    Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/12/2015      By: JEFFREY P. ALLSTEADT
                  Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
　　　　　　　　　　　　　　　　§
SCHWARTZ, HEIDI C　　　　　　§　　　Case No. 12-19290 DRC
　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)　　　　　　§

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 17,932.28 |
| leaving a balance on hand of[1] | $ | 32,067.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,575.75 | $ 0.00 | $ 2,575.75 |
| Other: Adams Levine Surety Bond Agency | $ 18.36 | $ 18.36 | $ 0.00 |
| Other: Torrick Ward | $ 16,650.00 | $ 16,650.00 | $ 0.00 |
| Other: Torrick Ward | $ 1,129.75 | $ 1,129.75 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,325.75 |
| Remaining Balance | $ 23,741.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,932.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. etal 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | $ 3,502.08 | $ 0.00 | $ 1,014.81 |
| 000002 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. etal 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | $ 4,042.25 | $ 0.00 | $ 1,171.34 |
| 000003 | Nelnet 3015 South Parker Road Suite 400 Aurora CO 80014 | $ 70,879.96 | $ 0.00 | $ 20,539.13 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | $ 3,508.58 | $ 0.00 | $ 1,016.69 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 23,741.97 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-19290-DRC
Heidi C Schwartz                                                    Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton           Page 1 of 1           Date Rcvd: May 13, 2015
                              Form ID: pdf006           Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2015.
db           #+Heidi C Schwartz,    16W477 Mockingbird Lane,    #104,    Willowbrook, IL 60527-6618
aty           +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18897691     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX   79998-2235)
18897692      Bank Of America,    Attn: Bankruptcy Department,    475 Cross Point Parkway, PO Box 9000,
               Getzville, NY 14068-9000
19384000      FIA CARD SERVICES, N.A. as successor in interest,    to Bank of America, N.A. etal,
               4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18897693     +Meridian Finance,    PO Box 1410 86B Ashland Avenue,    Asheville, NC 28802-1410
19575102     +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
18897696      PNC Bank,    Attn: Bankruptcy Dept,    PO Box 489909,    Charlotte, NC   28269-5329
18897695      PNC Bank,    PO Box 856177,    Louisville, KY   40285-6177
18897689     +Schwartz Heidi C,    16W477 Mockingbird Lane,    #104,    Willowbrook, IL 60527-6618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18897690     +E-mail/Text: gdl@lattaslaw.com May 14 2015 00:56:17      Lattas and Lattas Law LLC,
               2235 West North Avenu,    Chicago, IL 60647-5442
18897694     +E-mail/Text: electronicbkydocs@nelnet.net May 14 2015 00:56:18      NELNET,    PO Box 1649,
               Denver, CO 80201-1649
19422760     +E-mail/Text: electronicbkydocs@nelnet.net May 14 2015 00:56:18      Nelnet,
               3015 South Parker Road Suite 400,    Aurora CO 80014-2904
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2015 at the address(es) listed below:
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              George D Lattas    on behalf of Debtor Heidi C Schwartz gdl@lattaslaw.com,
               G5948@notify.cincompass.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```