# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHWARTZ, HEIDI C | § | Case No. 12-19290 DRC |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,416.00 *(Without deducting any secured claims)* | Assets Exempt: 63,365.00 |
| Total Distributions to Claimants: 23,741.97 | Claims Discharged Without Payment: 246,002.90 |
| Total Expenses of Administration: 26,258.03 | |

3) Total gross receipts of $ 50,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 50,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,833.78 | 28,833.78 | 26,258.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 326,556.00 | 81,932.87 | 81,932.87 | 23,741.97 |
| **TOTAL DISBURSEMENTS** | $ 326,556.00 | $ 110,766.65 | $ 110,766.65 | $ 50,000.00 |

4)  This case was originally filed under chapter 7 on  05/11/2012 .  The case was pending for 40 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/26/2015                          By:/s/GINA B. KROL
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER MISCELLANEOUS | 1149-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 18.36 | 18.36 | 18.36 |
| ASSOCIATED BANK | 2600-000 | NA | 134.17 | 134.17 | 134.17 |
| COHEN & KROL | 3110-000 | NA | 3,434.34 | 3,434.34 | 1,717.17 |
| GINA B. KROL | 3110-000 | NA | 1,717.16 | 1,717.16 | 858.58 |
| TORRICK WARD | 3210-600 | NA | 16,650.00 | 16,650.00 | 16,650.00 |
| TORRICK WARD | 3220-610 | NA | 1,129.75 | 1,129.75 | 1,129.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 28,833.78 | $ 28,833.78 | $ 26,258.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy Department 475 Cross Point Parkway, PO Box 9000 Getzville, NY 14068-9000 | | 171,000.00 | NA | NA | 0.00 |
| | Meridian Finance PO Box 1410 86B Ashland Avenue Asheville, NC 28802 | | 1,183.00 | NA | NA | 0.00 |
| | NELNET PO Box 1649 Denver, CO 80201 | | 12,156.00 | NA | NA | 0.00 |
| | PNC Bank Attn: Bankruptcy Dept PO Box 489909 Charlotte, NC 28269-5329 | | 3,473.00 | NA | NA | 0.00 |
| 000003 | NELNET | 7100-000 | 57,098.00 | 70,879.96 | 70,879.96 | 20,539.13 |
| 000004 | PNC BANK | 7100-000 | 74,102.00 | 3,508.58 | 3,508.58 | 1,016.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. AS SUCCESSO | 7100-900 | 3,502.00 | 3,502.08 | 3,502.08 | 1,014.81 |
| 000002 | FIA CARD SERVICES, N.A. AS SUCCESSO | 7100-900 | 4,042.00 | 4,042.25 | 4,042.25 | 1,171.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 326,556.00 | $ 81,932.87 | $ 81,932.87 | $ 23,741.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     1

Exhibit 8

| Case No: | 12-19290 | DRC   Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SCHWARTZ, HEIDI C | | | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | | | | 341(a) Meeting Date: | 08/08/12 |
| For Period Ending: | 08/26/15 | | | Claims Bar Date: | 11/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 666.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 2,100.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 50.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. FIREARMS AND HOBBY EQUIPMENT | 600.00 | 0.00 | | 0.00 | FA |
| 7. PENSION / PROFIT SHARING | 57,000.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES | 1,365.00 | 0.00 | | 0.00 | FA |
| 10. OTHER MISCELLANEOUS | 100,000.00 | 50,000.00 | | 50,000.00 | FA |
| Trustee attended settlement conference before Magistrate Judge Cox at which time all parties agreed to settlement, subject to approval by Bankruptcy Court. | | | | | |
| 11. OTHER MISCELLANEOUS | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $164,781.00 | $50,000.00 | | $50,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR for review

April 07, 2015, 01:22 pm

Trustee recently attended court ordered settlement conference where agreement between the parties was reached subject to

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-19290   DRC   Judge: Donald R. Cassling | |
| Case Name: | SCHWARTZ, HEIDI C | |

Trustee Name:                 GINA B. KROL
Date Filed (f) or Converted (c):   05/11/12 (f)
341(a) Meeting Date:           08/08/12
Claims Bar Date:               11/13/12

bankruptcy court approval.

October 13, 2014, 10:47 am


Debtor has wrongful termination claim. Trustee to contact attorney to investigate

October 17, 2013, 02:39 pm


Initial Projected Date of Final Report (TFR): 12/31/14          Current Projected Date of Final Report (TFR): 06/30/15


      /s/     GINA B. KROL
_____ Date: 08/26/15
      GINA B. KROL

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-19290 -DRC | |
| Case Name: | SCHWARTZ, HEIDI C | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7715  Checking Account |

Taxpayer ID No:    *******9673
For Period Ending:  08/26/15

Blanket Bond (per case limit):    $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 12/09/14 | 10 | Academy of Nuitrition and Dietetics 120 S. Riverside Plaza Ste. 2000 Chicago, IL 60606 | | 1149-000 | 50,000.00 | | 50,000.00 |
| | 12/17/14 | 030001 | Torrick Ward 4007 N. Broadway Suite 209 Chicago, IL 60613 | Special Counsel Expenes per Order | 3220-610 | | 1,129.75 | 48,870.25 |
| | 12/17/14 | 030002 | Torrick Ward 4007 N. Broadway Suite 209 Chicago, IL 60613 | Special Counsel Fees per Order | 3210-600 | | 16,650.00 | 32,220.25 |
| | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.20 | 32,177.05 |
| | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.84 | 32,129.21 |
| | 02/10/15 | 030003 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY 10165 | | 2300-000 | | 18.36 | 32,110.85 |
| | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.13 | 32,067.72 |
| * | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 47.67 | 32,020.05 |
| * | 04/16/15 | | Reverses Adjustment OUT on 04/07/15 | BANK SERVICE FEE | 2600-003 | | -47.67 | 32,067.72 |
| | 06/12/15 | 030004 | Gina B. Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Final Distribution Trustee's Fees | 2100-000 | | 5,750.00 | 26,317.72 |
| * | 06/12/15 | 030005 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL60602 | Final Distribution Attorney's Fees | 3110-003 | | 2,575.75 | 23,741.97 |
| * | 06/12/15 | 030005 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL60602 | Final Distribution Check voided and reissued | 3110-003 | | -2,575.75 | 26,317.72 |

Ver: 18.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No:      12-19290  -DRC
Case Name:    SCHWARTZ, HEIDI C

Trustee Name:                          GINA B. KROL
Bank Name:                             ASSOCIATED BANK
Account Number / CD #:                 *******7715  Checking Account

Taxpayer ID No:    *******9673
For Period Ending:  08/26/15

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/12/15 | 030006 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. etal 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Final Distribution (1-1) Modified on 8/31/2012 to correct/complete name(PG) | 7100-900 | | 1,014.81 | 25,302.91 |
| 06/12/15 | 030007 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. etal 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Final Distribution | 7100-900 | | 1,171.34 | 24,131.57 |
| 06/12/15 | 030008 | Nelnet 3015 South Parker Road Suite 400 Aurora CO 80014 | Final Distribution | 7100-000 | | 20,539.13 | 3,592.44 |
| 06/12/15 | 030009 | PNC BANK PO BOX 94982 CLEVELAND, OHIO 44101 | Final Distribution (4-1) COLLATERAL=UNSECURED ASSET 5154 | 7100-000 | | 1,016.69 | 2,575.75 |
| 06/12/15 | 030010 | Cohen & Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 1,717.17 | 858.58 |
| 06/12/15 | 030011 | Gina B. Krol | Attorneys' Fees Per Court Order | 3110-000 | | 858.58 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-19290 -DRC | |
| Case Name: | SCHWARTZ, HEIDI C | |

| | |
|---|---|
| Taxpayer ID No: | *******9673 |
| For Period Ending: | 08/26/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7715  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******7715 | | Balance Forward | 0.00 | | | | |
| | 1 | Deposits | 50,000.00 | 12 | Checks | 49,865.83 | |
| | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 134.17 | |
| | | | | 0 | Transfers Out | 0.00 | |
| | | Subtotal | $ 50,000.00 | | Total | $ 50,000.00 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 50,000.00 | | | | |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 08/26/15
GINA B. KROL